UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DAVID FOSTER                              DOCKET NO. 11-CV-825; SEC. P

VERSUS                                    JUDGE DEE D. DRELL

PHILLIP VINES, ET AL.                     MAGISTRATE JUDGE JAMES D. KIRK

## REPORT AND RECOMMENDATION

David Foster filed the captioned matter pursuant to 42 U.S.C. §1983. He was granted leave to proceed *in forma pauperis* on September 28, 2011. Plaintiff is an inmate incarcerated at the Winn Parish Jail in Winnfield, Louisiana, where he complains that he was deprived of medical care. He named as defendants Phillip Vines, Tommy Foster, Clarence Redford, Todd Williams, and an Unknown Defendant.

On October 27, 2011, the Court issued an order directing Plaintiff to amend his complaint by November 28, 2011. [Doc. #18] To date, Plaintiff has failed to comply with the Court's order.

Federal Rule of Civil Procedure Rule (FRCP) 41(b) permits dismissal of claims "for failure of the plaintiff to prosecute or to comply with ... any order of court...." The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant. See Link v. Wabash R.R.Co., 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the

[d]istrict [c]ourts." McCullough v. Lynaugh, 835 F.2d 1126, 1127 (5th Cir. 1988).

Because Plaintiff has failed to comply with the order of the Court, **IT IS RECOMMENDED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP 41(b).

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Fed.R.Civ.Proc. 72(b), parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** See Douglass v. United Services Automobile Association, 79 F.3d 1415 (5th Cir. 1996).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this ____ day of December, 2011.

JAMES D. KIRK
United States Magistrate Judge

2